UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY D. GRIMES (#308854)

VERSUS

CASSANDRA TEMPLE, ET AL.

CIVIL ACTION

NO. 10-539-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 7, 2008 (doc. no. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims asserted against Gary McDonald and David James are DISMISSED for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and the Motion to Dismiss of the remaining defendants (doc. no. 15) is GRANTED, dismissing the plaintiff's claims asserted against these defendants, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 5th day of June, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA